IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BLUEBONNET TELECOMMUNICATIONS L.L.C.<br><br>      Plaintiff,<br>  v.<br>SONIM TECHNOLOGIES, INC.,<br><br>      Defendant. | CIVIL ACTION NO. 2:14-CV-00007-JRG |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff BlueBonnet Telecommunications L.L.C. ("Plaintiff") and Defendant and Counterclaim-Plaintiff Sonim Technologies, Inc. ("Sonim") announced to the Court that they have resolved Plaintiff's claims for relief against Sonim asserted in this case. Plaintiff and Sonim have therefore requested that the Court dismiss Plaintiff's claims for relief against Sonim with prejudice, and the counterclaims of Sonim against Plaintiff without prejudice, and with all attorneys' fees, costs and expenses borne by the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Sonim are dismissed with prejudice, and the counterclaims of Sonim against Plaintiff are dismissed without prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**So ORDERED and SIGNED this 29th day of May, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE